UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD SPRINGER, Individually And On Behalf Of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**FAIR ISAAC CORPORATION,**<br><br>Defendant. | Case No:  2:14-cv-02238-TLN-AC<br><br>ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES IN ANSWER TO COMPLAINT |

Having considered the Parties' Joint Stipulation To Extend The Deadline To File A Motion To Strike Affirmative Defenses In Answer To Complaint, and finding good cause, hereby GRANTS the joint motion and extends the deadline for Plaintiff Richard Springer to file a motion to strike affirmative defenses from December 11, 2014 to January 15, 2015.

**IT IS SO ORDERED.**

Dated:  December 11, 2014

_____
Troy L. Nunley
United States District Judge